**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*Randall James Ryan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER BOLTON,<br><br>    Plaintiff,<br>vs.<br><br>RANDALL JAMES RYAN,<br><br>    Defendants.<br><hr>JILLIAN LEIGH WHITE,<br><br>    Plaintiff,<br>vs.<br><br>RANDALL JAMES RYAN,<br><br>    Defendant. | Case No:  2:20-cv-02205-APG-BNW<br><br>CONSOLIDATED WITH:<br><br><br>Case No:  2:21-cv-00110-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Tyler Bolton and Jillian Leigh White, by and through their attorney of record, Brad Harr, Esq. of INJURY SMART LAW, and Defendant Randall James Ryan, by and through his attorney of record, Joseph Meservy, Esq. of BARRON & PRUITT, LLP, that the above-entitled consolidated matters may be dismissed in their entireties, with prejudice, with each party to bear its own costs and fees.

///

///

1

IT IS FURTHER STIPULATED AND AGREED that all pending deadlines and hearing dates currently scheduled on the Court's calendar may be vacated.

DATED this 7th day of June, 2023                      DATED this 7th day of June, 2023

BARRON & PRUITT, LLP                                  INJURY SMART LAW

/s/ Joseph R. Meservy                                 /s/ Bradley C. Harr

WILLIAM H. PRUITT, ESQ.                               BRADLEY C. HARR, ESQ.
Nevada Bar No. 6783                                   Nevada Bar No. 9413
JOSEPH R. MESERVY, ESQ.                               340 Falcon Ridge Drive, #401
Nevada Bar No. 14088                                  Mesquite, Nevada 89027
3890 West Ann Road                                    *Attorney for Plaintiffs*
North Las Vegas, NV 89031
*Attorneys for Defendant*

## ORDER

Based upon the Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-referenced consolidated cases shall be DISMISSED WITH PREJUDICE, in their entireties, with each party to bear its own costs and fees incurred.

DATED June 14, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:20-cv-2205-APG-BNW

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950